**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-20726-LEIBOWITZ**

**LUIS ENRIQUE GARCIA CHAVEZ,**

*Plaintiff,*

*v.*

**ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,**

*Defendants.*
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Defendants' Motion for Extension of Time or Remand Regarding Petition for Naturalization ("the Motion") [ECF No. 13]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion **[ECF No. 13]** is **GRANTED IN PART**. The deadline to file an answer or response to the complaint in this action ("the Complaint") is **STAYED** pending resolution of the Motion. Plaintiff shall file a response to the Motion no later than April 8, 2026. Defendants shall file a reply, if at all, no later than April 13, 2026.

**DONE AND ORDERED** in the Southern District of Florida on April 1, 2026.

**DAVID S. LEIBOWITZ**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record